JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDI RUSH, | Case No.: CV 11-05325 JAK (OPx) |
| Plaintiff, | **ORDER RE: JOINT STIPULATION FOR DISMISSAL** |
| v. | Complaint Filed: June 24, 2011 |
| WENDY'S INTERNATIONAL , INC. dba WENDY'S #09415; DAVID E. COHEE, CO-TRUSTEE of the JONAH JONES, JR TRUST DATED JUNE 1, 1976; GALE A. LINGLE, CO-TRUSTEE of the JONAH JONES, JR. TRUST DATED JUNE 1, 2976, | |
| Defendants. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by Plaintiff Sandi Rush ("Plaintiff") and Defendant Wendy's International Inc. dba Wendy's #09415 ("Wendy's"),

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety, with all parties to bear their own respective attorneys' fees, expert fees and costs.

Dated: January 10, 2012

The Honorable John A. Kronstadt