JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDI RUSH,<br><br>            Plaintiff,<br><br>    v.<br><br>WENDY'S INTERNATIONAL , INC. dba WENDY'S #09415; DAVID E. COHEE, CO-TRUSTEE of the JONAH JONES, JR TRUST DATED JUNE 1, 1976; GALE A. LINGLE, CO-TRUSTEE of the JONAH JONES, JR. TRUST DATED JUNE 1, 2976,<br><br>            Defendants. | Case No.: CV 11-05325 JAK (OPx)<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL**<br><br>Complaint Filed: June 24, 2011 |

      Upon consideration of the Joint Stipulation for Dismissal submitted by Plaintiff Sandi Rush ("Plaintiff") and Defendant Wendy's International Inc. dba Wendy's #09415 ("Wendy's"),

      IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety, with all parties to bear their own respective attorneys' fees, expert fees and costs.

Dated: January 10, 2012

                                                        The Honorable John A. Kronstadt